■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HECTOR RODRIGUEZ, Respondent. [648 NYS2d 408] —Order unanimously reversed on the law, motion denied, indictment

reinstated and matter remitted to Cayuga County Court for further proceedings on indictment. Same Memorandum as in *People v Blount* (231 AD2d 860 [decided herewith]). (Appeal from Order of Cayuga County Court, Corning, J.—Dismiss Indictment.) Present—Denman, P. J., Green, Callahan, Doerr and Davis, JJ. *[See,* 167 Misc 2d 260.]